## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN LANDAU, on behalf of himself and all** : | | |
| **others similarly situated,** : | | |
| **Plaintiff,** : | **CIVIL ACTION** | |
| : | | |
| **v.** : | **No. 16-2383** | |
| : | | |
| **VIRIDIAN ENERGY PA LLC,** : | | |
| **Defendant.** : | | |

**MCHUGH, J.**                                                                          **November 30, 2016**

### ORDER

This  30th day of November, 2016, upon consideration of the Motion to Dismiss Plaintiff's Complaint and the Motion to Strike Plaintiff's Class Allegations filed by Defendant Viridian Energy PA LLC, and the responsive pleadings thereto, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's claim for breach of the covenant of good faith and fair dealing (Count II), Plaintiff's claim for unjust enrichment (Count V), and Plaintiff's claim for injunctive relief under the UTPCPL (Count IV, partial).

2. Defendant's Motion to Dismiss is **DENIED** as to all of Plaintiff's other claims.

3. Defendant's Motion to Strike Plaintiff's Class Allegations is **DENIED**.


                                                    _____/s/ Gerald Austin McHugh
                                                    United States District Judge